IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cv-1037-F |
| | ) | WO |
| ANTONIA HOGAN, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Upon consideration of Plaintiffs' Response to Show Cause Order filed on April 15, 2005 (Doc. # 5), it is hereby

ORDERED that on or before May 18, 2005 the plaintiff shall perfect service upon the defendant.  The plaintiffs are ADVISED that failure to perfect service by the date specified will result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

DONE this 18th day of April, 2005.

                                                      /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE